UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAMELA VAN BUREN

VERSUS

STEPHANIE CAVE, MD, ET AL

CIVIL ACTION

NO. 04-152-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 27, 2008.  Plaintiff has filed an objection and defendants have filed responses which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for summary judgment filed by defendants Stephanie Cave, M.D. and Sherry Blackwell is denied.

Baton Rouge, Louisiana, October  21  , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA