

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAMELA VAN BUREN

VERSUS

STEPHANIE CAVE, MD, ET AL

CIVIL ACTION

NO. 04-152-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 9, 2008. Defendants, Doug Moreau and Jeri Murphy have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by defendants East Baton Rouge Parish District Attorney Doug Moreau and Jeri Murphy is denied.

Baton Rouge, Louisiana, December 23, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA